IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30484
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

JAMES D. SHAFFER,

                                    Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. CR-94-30020
- - - - - - - - - -
January 18, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     James D. Shaffer appeals his conviction and sentence for
conspiracy to distribute cocaine base and distribution of cocaine
base.  Shaffer argues that the district court abused its
discretion by admitting into evidence a tape recording of the
drug transaction; the evidence is insufficient; and the district
court should have based his sentence on the Sentencing Guidelines
for powdered cocaine rather than the crack cocaine guidelines.
Finding no reversible error, we AFFIRM.

---

     [*]     Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.